O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ROBERTO DELGADO, | Case No. 2:14-cv-02547-ODW(PJWx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE FOR** |
| NATIONSTAR MORTGAGE LLC; | **LACK OF PROSECUTION** |
| DOES 1–10, inclusive, | |
| Defendants. | |

On May 21, 2014, the Court granted Defendant's Motion to Dismiss and granted Plaintiff partial leave to amend only with respect to his Unfair Competition Law and punitive-damages claims. (ECF No. 15.) The Court stated that Delgado had 14 days in which to file an amended complaint, which fell on June 4, 2014. To date, Delgado has not filed an amended complaint or any other response. The Court therefore **DISMISSES** Delgado's action **WITHOUT PREJUDICE** as to Delgado's UCL and punitive-damages claims and **WITH PREJUDICE** as to all of Plaintiff's other claims. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

June 17, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**